UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Chubb Indemnity Insurance Company,
a New York corporation, as subrogee of
James Lemke and Heather Johnson,

        Plaintiff,

vs.

KMAC Incorporated, a Minnesota
corporation, JLM Design & Build, LLC,
Fine Line Electric, Inc., a Minnesota
corporation, and Electro Plastics, Inc.,
a Missouri corporation,

        Defendants.

Case No. 06-CV-04921 (PAM-JSM)

**ORDER FOR REMAND**

---

Based upon the Stipulation for Dismissal Without Prejudice and Remand, Document No. 10, filed with the Court, and upon all the files, records and proceedings herein:

IT IS HEREBY ORDERED that judgment of dismissal without prejudice be entered forthwith, and the instant matter is remanded to Hennepin County District Court, State of Minnesota, pursuant to 28 U.S.C. § 1441(b).

        BY THE COURT:

        s/Paul A. Magnuson
        Paul A. Magnuson
        Judge, U.S. District Court

Dated this  19 , day of  January , 2007.